**EDWARD MANGANO**             **JOHN CIAMPOLI**
County Executive                   County Attorney



COUNTY OF NASSAU
OFFICE OF THE COUNTY ATTORNEY
One West Street
Mineola, New York 11501-4820
516-571-3056
FAX:  516-571-3058

August 25, 2011

<u>Via ECF</u>
The Honorable Joseph F. Bianco
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722


Re:   Kern-Guerriere v. Nassau County, et al.
      10-CV-3105 (JFB(ETB)

Dear Judge Bianco:

     This Office represents the County Defendants in the above-referenced civil action.  We write at this time to advise the Court that we do not oppose Plaintiff's motion to stay this matter in light of her husband's passing.

                                              Respectfully submitted,

                                          _____/dcp/_____

                                          Diane C. Petillo
                                          Deputy County Attorney


cc:   Barabara E. Kern-Guerrier via ECF and regular mail